**Patrick LASITER, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, Respondent.**

No. WD 66790.

Missouri Court of Appeals,
Western District.

June 29, 2007.

Joseph Y. Decuyper, Jr., Kansas City, MO, for appellant.

Galen P. Beaufort, Kansas City, MO, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Patrick Lasiter appeals a decision of the Human Resources Board of Kansas City, finding that he was unable to competently perform the duties of his position as a fire fighter and, therefore, sustaining his termination from the Kansas City Fire Department. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The Board's decision is affirmed. Rule 84.16(b).